UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>    Plaintiff,<br><br> v.<br><br>KATHLEEN ALLISON,<br><br>    Defendant. | CASE NO. 1:19-cv-01244 JLT (PC)<br><br>**ORDER CLOSING THE ACTION**<br>**(Doc. 12)** |

   The plaintiff has filed a voluntary dismissal of the action (Doc. 12). No other party has appeared in this action. Thus, according to Federal Rules of Civil Procedure Rule 41(a)(1(A)(1), the Clerk of Court is DIRECTED to close this action.


IT IS SO ORDERED.

 Dated: __March 11, 2020__      ___/s/ Jennifer L. Thurston___
                   UNITED STATES MAGISTRATE JUDGE